MARK BRNOVICH
ATTORNEY GENERAL

JENNIFER J. SANDERS (SBN:  020657/PCC 65476)
Assistant Attorney General
416 W. Congress, 2nd Floor
Tucson, Arizona  85701-1315
(520) 638-2801 ▪ Fax (520) 628-6050
Jennifer.Sanders@azag.gov

*Attorneys for State Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrice Edmond Brown, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Maricopa County Attorney's Office, et al.,<br><br>Defendants. | Case No.:<br><br>**NOTICE OF REMOVAL FROM STATE COURT UNDER 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446**<br><br>(Pima County Case No.: C20223190) |

**TO:   CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

Defendants, the State of Arizona, and Judges of the Superior Court Joseph Kreamer, Timothy J. Ryan, Renee T. Bennett, Gary J. Cohen, John R. Hannah, Jr., Jay R. Adleman, and Michael C. Blair (collectively, State Defendants), pursuant to 28 U.S.C. §§ 1441(a) and 1446, give notice of removal of the state court action entitled *Patrice E. Brown v. Maricopa County Attorney's Office, et al.,* case No. C20223190, currently pending in the Superior Court of the State of Arizona, Pima County, before the Honorable Casey F. McGinley to the United State district Court for the District of Arizona, and in support of removal states the following:

1.      On or about July 22, 2022, Plaintiffs filed this Complaint in the Pima County Superior Court, alleging claims under the U.S. Constitution or laws of the United States.

2.     Under 28 U.S.C. § 1441(a), this action is removable to this Court because 28 U.S.C. § 1331 provides this Court with original jurisdiction over Plaintiffs' claims arising under the Constitution or laws of the United States. Specifically, Plaintiffs allege claims against State Defendants[1] for: (1) due process rights in their criminal proceedings in violation of the Fourteenth Amendment of the U.S. Constitution and Article 2 § 4 of the Arizona Constitution; and (2) due process rights in Plaintiff' subsequent habeas corpus proceedings in violation of the Fourteenth Amendment of the U.S. Constitution under 42 U.S.C. § 1983, and Article 2 § 4 of the Arizona Constitution.  (Complaint filed July 22, 2022 at 4-5.)

3.     Defendants State of Arizona, Superior Court of the State of Arizona in and for Maricopa County, Judges Joseph Kreamer, Timothy J. Ryan, John R. Hannah, Jr., Jay R. Adleman, and Michael C. Blair were served on August 16, 2022.

4.     Defendants Superior Court of the State of Arizona in and for Pima County, Judges Renee T. Bennett and Gary J. Cohen were served on August 19, 2022.The Maricopa County Attorneys' Office, Deputy County Attorney Andrea L. Kever (Maricopa County Defendant), were served on August 16, 2022. Amanda M. Parker is no longer an employee of the Maricopa County Attorneys' Office. Ms. Parker has not been served.

5.     Pima County Attorney's Office and Deputy County Attorney B. Noelle Jensen (collectively, Pima County Defendants) were served on August 25, 2022.

6.     All properly-served Defendants, namely, Judges Adelman, Hannah, Kreamer, Ryan, Bennett, Cohen, and Blair, as well as Defendant Andrea L. Keaver,  and B. Noelle Jensen consent to this removal under 28 U.S.C. §1446 (b)(2)(A).  Counsel for Maricopa County Defendants and counsel for Pima County Defendants represented to the undersigned on August 25, 2022, that their clients have consented to removing the case to this Court.

---

[1] As of the date of this filing of the notice of removal, Judge Christopher J. O'Neil has not yet been served.

7.　　This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is within 30 days after receipt of a pleading, motion, order or other paper from which it may be ascertained that the case is one which is or has become removable, and within one year after commencement of the action and within 30 days of the last waiver of service filed in this action. None of the Defendants have plead or answered.

To the extent Plaintiffs' Complaint raises state law claims, this Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a) because the state law claims form part of the same case or controversy as the federal question claims for which the Court has original jurisdiction.

8.　　In compliance with 28 U.S.C. § 1441(a) and pursuant to LR Civ 3.6, attached as Exhibit A is a copy of the filed documents and constitute all of the pleadings and documents filed in the state court action.

9.　　Defendants have not yet pled or answered.

10.　　A copy of this Notice is being filed with the Clerk of the Superior Court of Maricopa County pursuant to LR Civ 3.

DATED this _6th_ day of September, 2022.

MARK BRNOVICH
ATTORNEY GENERAL


*/s/ Jennifer J. Sanders*
JENNIFER J. SANDERS
Assistant Attorney General
*Attorneys for State Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this _6th_ day of September, 2022, I electronically transmitted the attached document to the Clerk of Court using the CM/ECF System.

I hereby certify that on the same date, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Angela Lane
Deputy County Attorney
Civil Services Division
225 West Madison Street
Phoenix, AZ 85003
lanea01@mcao.maricopa.gov
*Attorneys for Maricopa County Defendants*

Rebecca O'Brien
Deputy Pima County Attorney
Pima County Attorney's Office, Civil Division
32 N. Stone #2100
Tucson, AZ 85701
Rebecca.OBrien@pcao.pima.gov
*Attorneys for Pima County Defendants*

Honorable Casey F. McGinley
Pima County Superior Court
110 W. Congress St.
Tucson, Arizona  85701

This document will also be served on the same date on the following, who are not registered participants of the CM/ECF System:

Patrice Edmond Brown, ADC #156811
ASPC-Eyman-Cook Unit
P.O. Box 3200
Florence, Arizona  85132
*Plaintiff Pro Se*

Oliver M. Pryor, ADCRR #235926
ASPC-Eyman-Cook Unit
P.O. Box 3200
Florence, Arizona  85132
*Plaintiff Pro Se*

4

Major T. Kinney, ADCRR #052125
ASPC-Eyman-Cook Unit
P.O. Box 3200
Florence, Arizona  85132
*Plaintiff Pro Se*

Dennis A. Hipskind, ADCRR #250823
ASPC-Eyman-Cook Unit
P.O. Box 3200
Florence, Arizona  85132
*Plaintiff Pro Se*

John W. Heinden, ADCRR #137729
ASPC-Eyman-Cook Unit
P.O. Box 3200
Florence, Arizona  85132
*Plaintiff Pro Se*

Richard L. Jones, Sr., ADCRR #098358
ASPC-Eyman-Cook Unit
P.O. Box 3200
Florence, Arizona  85132
*Plaintiff Pro Se*

Ricky R. Evans, ADCRR #224982
ASPC-Eyman-Cook Unit
P.O. Box 3200
Florence, Arizona  85132
*Plaintiff Pro Se*

Jose L. Tarrazas, ADCRR #080573
ASPC-Eyman-Cook Unit
P.O. Box 3200
Florence, Arizona  85132
*Plaintiff Pro Se*

Ronnie H. Lynch, ADCRR #148342
ASPC-Eyman-Cook Unit
P.O. Box 3200
Florence, Arizona  85132
*Plaintiff Pro Se*

s/ L. Crudup
Legal Secretary
#10625993

5